# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **Dron Deshawn Hines,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:14-cv-00309-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **State of North Carolina ,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 21, 2015 Order.

January 21, 2015

*Frank G. John*

Frank G. Johns, Clerk
United States District Court